UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 47, AFL-CIO,<br><br>      Plaintiff,<br><br>v.<br><br>SOUTHERN CALIFORNIA EDISON COMPANY,<br><br>      Defendant. | CASE NO. CV 11-01696 JST (VBKx)<br><br>JUDGMENT |
| SOUTHERN CALIFORNIA EDISON COMPANY,<br><br>      Counter-Claimant,<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 47, AFL-CIO,<br><br>      Counter-Defendant. | |

///

Plaintiff and Counter-Defendant International Brotherhood of Electrical Workers, Local 47, AFL-CIO's Motion for Summary Judgment came on for hearing on November 21, 2011, the Honorable Josephine Staton Tucker, Judge Presiding. In accordance with the Court's Order dated January 24, 2012,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

1. That judgment is entered in favor of Plaintiff and Counter-Defendant International Brotherhood of Electrical Workers, Local 47, AFL-CIO, and against Defendant and Counter-Claimant Southern California Edison Company.

2. That the Arbitration Award issued in this matter on or about November 11, 2010, is confirmed in its entirety;

3. That Plaintiff and Counter-Defendant International Brotherhood of Electrical Workers, Local 47, AFL-CIO, may recover its costs of suit herein.

DATED:  April 12, 2012

_____
JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE